UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 16-3538-MWF(Ex)**                          Dated: **November 4, 2016**

Title:      Klauber Brothers, Inc. *-v-* Forever 21 Retail, Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Cheryl Wynn                                    None Present
Relief Courtroom Deputy                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                    None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

In light of the Mediation Report filed November 3, 2016, indicating the case has settled, the Court sets a hearing on Order To Show Cause Re Dismissal for **December 5, 2016 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated*.

**IT IS SO ORDERED.**

MINUTES FORM 90                              Initials of Deputy Clerk __cw__
CIVIL - GEN

-1-